DESMOND KENNEDY, Respondent, v. TRUE STORY PUBLISHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE BURKE, Respondent, v. THEODORE EHRSAM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING C. FELLEMAN and Another, Copartners, etc., Respondents, v. COMPAGNIE DE NAVIGATION MIXTE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MARY AGNEW MEYN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ELIZABETH A. HOWARD-MARTIN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COMPTOIR COMMERCIAL D'IMPORTATION, a Corporation, Respondent, v. GEORGE A. ZABRISKIE and Another, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN URY, Respondent, v. NEW YORK CITY CAR ADVERTISING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and Martin, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. ASTON, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents upon the reasoning in *People* v. *Timmerman* (79 App. Div. 565; affd., 179 N. Y. 550).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE DEGESO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TRADE BANK OF NEW YORK, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent, v. DAVID NEUSCHTAT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB J. KAHN v. LEWIS S. ROSENSTIEL and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.